UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-2377

IN RE: GOOGLE INC. COOKIE PLACEMENT
CONSUMER PRIVACY LITIGATION
(D. Del. No. 1-12-md-02358)

**ORDER**

    Appellants seek review of the District Court's order entered July 10, 2023. The order appealed is not final within the meaning of 28 U.S.C. § 1291 and is not otherwise appealable at this time. All parties must file written responses addressing this issue, with a certificate of service attached, within fourteen (14) days from the date of this order.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: August 3, 2023
nmb/cc:    Brian R. Strange, Esq.
        Edward P. Boyle, Esq.
        David N. Cinotti, Esq.
        Susan M. Coletti, Esq.
        Lisa M. Coyle, Esq.
        Travis S. Hunter, Esq.
        Rudolf Koch, Esq.
        Edward R. McNicholas, Esq.
        Douglas H. Meal, Esq.
        Mr. Dmitrii Mudrechenko
        Alan C. Raul, Esq.
        Adam E. Schulman, Esq.
        Carol L. Thompson, Esq.
        Anthony J. Weibell, Esq.